# COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY 22 A 10: 39

CLERK OF COURT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Leon Lion I, Eugene white, JR. RASTAFARI

_____

_____

v.

(Full name of defendant(s))

Officer Clemons

_____

_____

Case Number:

**26-C 913**

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
(State)

_7000 W. Brentwood Ave, Milwaukee, WI 53223_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Officer Clemons_

(Name)

Complaint – 1

is (if a person or private corporation) a citizen of <u>Wisconsin</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee Area Technical College, 700 W. State St, Milwaukee</u>

(Employer's name and address, if known) WI

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On May 14, 2026, I, Leon Lion I Eugene White, Jr., Jerry Barnett RASTAFARI, Moorish American Moslems' Natural Rights, and Human Rights were once again violated for the 2nd (second) time by Milwaukee Area Technical College Public Safety Security guard by the name of officer Clemons at the MATC building on 9th and State, again on the 7th level inside of the building on the 7th stair level. once again, this officer Clemons used physical and excessive force by physically pushing and shoving me, and repeatedly kicking and stomping on my left foot and left leg, as he

did on May 12th, 2026. This time, on May 14th, 2026 my belongins were snatched out of my hands, including my crate with my Holy Islamic Flag, and Holy Quran was thrown to the ground by this officer Clemons, and my Islamic duffle bag that I carry around with me was illegally confiscated, searched, and thrown into the garbage can without my consent unlawfully by a diffrent caucasian public safety worker who didn't have a name pinned onto his security guard uniform. These violations of my Natural/and Human Rights, in accordance with Article 7 (1-2), Article 8 (1, 2); Article 9; Article 10; Article 11 (1, 2); and Article 12 (1, 2) of the General Assembly of the United Nations Declaration on the Rights of Indigenous Peoples were for the 2nd (second) time inflicted upon me without my consent unlawfully on the territorial border (Islamic Ground) that I was governing at that time, relieaving myself once again, as I took my lunch break, and to charge my phones. This officer Clemons also kicked over my food that I was preparing for myself while I was on my lunch break.

C.   JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like for the court(s) to once again have public safety security guard Clemons (officer Clemons) removed from his security guard position, and for the other Caucasian security guard to be justly by the court(s) for throwing my personal belongings into the garbage can, and for all MATC security guards/officers, who surround the downtown MATC areas to be ordered not to intrude to invade my personal (personal) space unlawfully, and not to touch me and my personal belongings without my consent whenever I'm on my lay overs and lunch breaks inside of the MATC building on 9th and State.

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _22nd_ day of _May_ 20_26_ .

Respectfully Submitted,

_Leon White_
Signature of Plaintiff

_414-408-4581_
Plaintiff's Telephone Number

_None_
Plaintiff's Email Address

_700 W. Brentwood Ave, Milwaukee, WI 53223_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5